

# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>NORMAN C STEIMEL III | Case Number: 2011-AC01810   17-5083 |
| Plaintiff/Petitioner:<br>J MICHAEL MORRIS TRUSTEE<br><br>vs.<br><br>Defendant/Respondent:<br>CRAIG C BECKNELL | To: (Name and Address of Judgment Debtor)<br>CRAIG C BECKNELL<br>633 BARDIC CIRCLE<br>SAINT PETERS MO 63376 |
| Name and Address of Judgment Creditor<br>J MICHAEL MORRIS TRUSTEE<br>1000 CAMERA AVE STE 4<br>ST LOUIS, MO 63126 | Name and Address of Judgment Creditor's Lawyer:<br>DAVID REID GAMACHE<br>GAMACHE & MYERS PC<br>1000 CAMERA AVE STE A<br>SAINT LOUIS, MO 63126 |
| Date: SEPTEMBER 14, 2017 | Foreign Court Case Number: 16-11619 ADV. PROC. NO. 17-5083    State: KANSAS |

**FILED AT WICHITA, KS**
**MAR 20 2020**
CLERK
U.S. Bankruptcy Court
By _____ Deputy

(Date File Stamp)

## Notice of Filing of Foreign Judgment

Enclosed is a copy of a foreign judgment registered in this court under Supreme Court Rule 74.14. This notice is being mailed to you in compliance with Supreme Court Rule 74.14(c).

_____3/11/2020_____  
Date

_____/S/ Cheryl Crowder_____  
Circuit Clerk

### Certificate of Mailing

I certify that a copy of this notice was mailed on (date) _____3/11/2020_____ by regular mail to the above-named judgment debtor at the address provided by the judgment creditor.

_____/S/ Cheryl Crowder_____  
Circuit Clerk

B1310 (Form 1310) (12/15)

# United States Bankruptcy Court

_____ District Of __Kansas__

In re  Craig Corneilius Becknell,                                                        16-11619

Case No. _____

Debtor

J. Michael Morris, Trustee v. Craig C Becknell, Adversary Case No. 17-5083

## EXEMPLIFICATION CERTIFICATE

I, __David D. Zimmerman__, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of

Judgment (Doc. 12, Sept. 14, 2017, 1 page)

now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at __Wichita__, in the State of __Kansas__, this __April 12, 2019__.

[Seal of Court]

_____
Clerk of the Bankruptcy Court

---

I, __Robert E. Nugent__, bankruptcy judge for this district certify that __David D. Zimmerman__ is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

__April 12, 2019__
Date

_____
Bankruptcy Judge

---

I, __David D. Zimmerman__, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable __Robert E. Nugent__ is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.

In testimony of this statement, I sign my name, and affix the seal of the court at __Wichita__, in the State of __Kansas__, this __April 12, 2019__.

[Seal of Court]

_____
Clerk of the Bankruptcy Court

APR 2 5 2019

Electronically Filed - St Charles Circuit Div - March 05, 2020 - 10:55 AM

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

CRAIG CORNEILIUS BECKNELL            Case No. 16-11619-7

        Debtor(s)

---

J Michael Morris, Chapter 7 Trustee
        Plaintiff(s)
   -vs-                                    Adv. No. 17-5083

Craig C Becknell
        Defendant(s)

---

## JUDGMENT

On September 14, 2017, the Honorable Robert E. Nugent, United States Bankruptcy Judge for the District of Kansas, filed **ORDER GRANTING DEFAULT JUDGMENT** which was entered on the docket on September 14, 2017.

IT IS THEREFORE ORDERED BY THE COURT that Default Judgment is granted against Craig C. Becknell in the amount of $5,298.29 plus interest on this amount at 10% from June 5, 2017. Pursuant to 11 U.S.C. §727(d)(3) and/or 11 U.S.C. §727(d)(2) the discharge of Craig C. Becknell, previously issued on November 28, 2016, is revoked. Further, Plaintiff is awarded costs of $350.00 against Craig C. Becknell.

DATED:  September 14, 2017        DAVID D. ZIMMERMAN, CLERK
                                               UNITED STATES BANKRUPTCY COURT

                                               s/ Melanie Davis
                                               Deputy Clerk

APR 2 5 2019

Electronically Filed - St Charles Circuit Div - March 05, 2020 - 10:55 AM

STEVEN MITNICK, ESQ.
SM Law, PC
P.O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
Counsel to SM Financial Services Corporation



FILED
Kansas City KS
FEB 08 2019
Clerk
U.S. Bankruptcy Court

| | |
|---|---|
| CRAIG C. BECKNELL<br><br>Debtor.<br><br>J. MICHAEL MORRIS, Trustee<br><br>Plaintiff,<br>vs.<br><br>CRAIG C. BECKNELL<br><br>Defendant. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF KANSAS<br><br>Case No. 16-11619<br><br>Adv. Proc. No. 17-5083<br><br>**ASSIGNMENT OF JUDGMENT** |

I, J. Michael Morris, Trustee and Plaintiff in the above entitled proceeding, do hereby assign all my right, title and interest in and to the Default Judgment dated September 14, 2017, to SM FINANCIAL SERVICES CORPORATION, P. O. Box 530, Oldwick, New Jersey 08858.

By: _____
J. MICHAEL MORRIS

Subscribed and sworn to
before me on this 30TH day
of January, 2019

_Kandance R Sharp_
Notary Public

KANDANCE R. SHARP
Notary Public - State of Kansas
My Appt. Expires 10/30/21

APR 2 5 2019

## CERTIFICATE OF TRUE COPY

I, Cheryl Crowder, Clerk of Circuit Court, within and for the county of St. Charles, State of Missouri, do certify that the foregoing is a true copy of an original document remaining on file and recorded in my office.

Witness my hand and SEAL of said Court this 16th day of MARCH 20 20

Cheryl Crowder, Circuit Clerk   BY: _Cuptal Aisher_
                                    Deputy Clerk

```
United States Bankruptcy Court
       District of Kansas
```

Morris,
    Plaintiff

Becknell,
    Defendant

Adv. Proc. No. 17-05083-REN

## CERTIFICATE OF NOTICE

District/off: 1083-6      User: mel      Page 1 of 1      Date Rcvd: Mar 20, 2020
                   Form ID: pdf020ap     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.
         +Craig C Becknell,    633 Bardic Circle,    St Peters MO 63376-7622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Mar 20 2020 21:54:01      U.S. Trustee,
           Office of the United States Trustee,    301 North Main Suite 1150,    Wichita, KS 67202-4811
                                                                                                                                                                TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:
         J Michael Morris     trustee@klendalaw.com,   jmorris@ecf.axosfs.com
         J. Michael Morris    on behalf of Plaintiff J Michael Morris jmmorris@klendalaw.com
                                                                                                                          TOTAL: 2